UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>$22,981.00 IN U.S. CURRENCY,<br><br>    Defendant. | NO. LA CV18-01403-JAK (Ex)<br><br>**JUDGMENT**<br><br>**JS-6** |

Plaintiff United States of America (the "Government") and potential claimants Courtney Deshaun Thompson and Ashley Simpson ("Potential Claimants") have entered into a stipulated request for the entry of this consent judgment of forfeiture, resolving all interests that Potential Claimants may have had in the defendant $22,981.00 in U.S. Currency (the "Defendant Currency").

The Court, having been duly advised of and considered the matter, and good cause appearing therefor, hereby **ORDERS** that $13,788.60 of the Defendant Currency, plus all interest earned on the entirety of the Defendant Currency since seizure, shall be and is hereby forfeited to the United States, and no other

right, title or interest shall exist therein. The remaining balance of $9,192.40, without interest, shall be returned to Potential Claimants. The funds to be returned are to be paid via ACH transfer to Thompson and Simpson, Christopher A. Darden, Esq., at Law Offices of Christopher A. Darden, 11500 West Olympic Blvd., Suite 400, Los Angeles, CA 90064, as counsel for Potential Claimants. Mr. Darden shall provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the Defendant Currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the Defendant Currency.

**IT IS SO ORDERED.**

Dated: June 4, 2018  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE